

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00430-CR

Orlando **ORTIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 17-06-00056-CRL
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment of conviction is REVERSED, and the cause is REMANDED to the trial court for further proceedings.

SIGNED September 11, 2019.

_____
Irene Rios, Justice